# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID GORDON CANTRELL

**JUDGMENT IN A CIVIL CASE**

v.

ADMINISTRATIVE SUBDIVISIONS AND
THE STATE OF WASHINGTON

CASE NUMBER: C07-5263RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Plaintiff was directed to pay the filing fee within 30 days of the date of that Order, otherwise this action would be dismissed. Thirty days have passed since the Order Adopting the Report and Recommendation was entered on July 27, 2007, and the filing fee has not been paid.

IT IS ORDERED AND ADJUDGED

That this cause of action is **DISMISSED**.

September 12, 2007          BRUCE RIFKIN
Date                         Clerk

                            *s/CM Gonzalez*
                            Deputy Clerk